# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------x
In re                                        :  Chapter 11
                                             :
PENN SPECIALTY CHEMICALS, INC.,              :
                                             :  Case No. 01-2254 (JJF)
                                             :
        Debtor.                              :  Objection Deadline: February 7, 2002 at 4:00 p.m.
                                             :  Hearing Date: February 14, 2002 at 3:00 p.m.
---------------------------------------------x

## APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN SSG CAPITAL ADVISORS, L.P. AS SUBSTITUTE INVESTMENT BANKER AND FINANCIAL ADVISOR

The above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, hereby applies to the Court for an Order authorizing it to employ SSG Capital Advisors, L.P. ("SSG"), as its substitute investment banker and financial advisor and in support thereof respectfully represents as follows:

1. On July 9, 2001, the Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Pursuant to an Order of this Court dated August 15, 2001 (the "Retention Order"), the Debtor was authorized to employ the Berwind Financial, L.P. ("Berwind") as its investment banker and financial advisor in this case pursuant to the terms and conditions of that certain Engagement Agreement dated June 18, 2001 (the "Engagement Agreement"). True and correct copies of the Retention Order and the Engagement Agreement are attached hereto and made a part hereof as Exhibits "A" and "B," respectively.

3. The Debtor had selected Berwind because it desired to retain the services of Berwind's Special Situations Group, which members had substantial experience and expertise in recapitalization, restructuring, business reorganizations and sales in and under chapter 11 of the Bankruptcy Code.

4. The Debtor has been advised that the senior investment bankers responsible for managing the Berwind's Special Situations Group have formed SSG and have acquired Berwind's Special Situations Group in a management buyout effective December 14, 2001 and, as a result, Berwind's Special Situation Group has ceased to operate. The Debtor desires to continue to have the benefit of these professionals' services by substituting the firm of SSG for Berwind as its investment banker and financial advisor from and after December 14, 2001.

5. In anticipation of the substitution, which had been in process since April, 2001, the Engagement Agreement provides for the assignment of the engagement by Berwind to SSG.

6. Subject to Court approval, SSG will continue to render investment banking and financial advisory advice and services to the Debtor pursuant to and in accordance with the terms and conditions of Engagement Agreement, which has been previously approved by this Court.

7. Subject to Court approval, the Debtor shall compensate SSG pursuant to and in accordance with the same terms and conditions of the Retention Order and Engagement Agreement, including, but not limited to any Monthly Fee, Advisory Fee, Financing Fee, Restructuring Fee, Opinion Fee and reimbursement of expenses.

8. To the best of the Debtor's knowledge, and except as disclosed in the Affidavit of J. Scott Victor, Managing Director of SSG, (the "Victor Affidavit") attached hereto and made a part hereof as Exhibit "C," SSG has not represented the Debtor's creditors, equity security holders or any other parties in interest or their respective attorneys in any matter relating to the Debtor or its estate.

9. To the best of the Debtor's knowledge, and except as otherwise disclosed in the Victor Affidavit, SSG does not hold or represent any interest adverse to the Debtor or its estate in the matters upon which it is to be engaged. SSG is a "disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code, and SSG's employment is necessary and in the best interest of the Debtor and its estate.

10. The substitution of investment bankers will not burden the Debtor's estate with unnecessary transition expenses because SSG and its professionals are already familiar with the case and have worked on the engagement since its inception.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order in substantially the form attached hereto: (i) authorizing it to employ SSG Capital Advisors, L.P. as substitute investment bankers and financial advisor to represent its interests in the within case effective as of December 14, 2001; and (ii) granting such other and further relief as the Court deems just.

Dated: January 25, 2002
Wilmington, Delaware

*Rebecca L. Booth*
Mark D. Collins (No. 2981)
Rebecca L. Booth (No. 4031)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: 302.651.7700
Facsimile: 302.651.7701

– and –

DECHERT

| | |
|---|---|
| Joel H. Levitin | Jeffrey K. Daman |
| David C. McGrail | 4000 Bell Atlantic Tower |
| 30 Rockefeller Plaza | 1717 Arch Street |
| New York, New York 10112 | Philadelphia, PA 19103 |
| Telephone: 212.698.3500 | Telephone: 215.994.4000 |
| Facsimile: 212.698.3599 | Facsimile: 215.994.2222 |

Co-Counsel for the Debtor and Debtor-in-Possession

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------x
In re                                         :    Chapter 11
                                              :
PENN SPECIALTY CHEMICALS, INC.,               :
                                              :    Case No. 01-2254 (JJF)
                                              :
Debtor.                                       :
----------------------------------------------x

## ORDER AUTHORIZING THE DEBTOR TO RETAIN SSG CAPTIAL ADVISROS, L.P. AS SUBSTITUTE INVETSMENT BANKER AND FINANCIAL ADVISOR

Upon the application (the "Application") of the above-captioned debtor and debtor-in- possession (the "Debtor") for an order authorizing the Debtor to employ and retain SSG Capital Advisors, L.P. as Substitute Investment Banker and Financial Advisor; and the Court having determined that the relief requested in the Applicatino is in the best interests of the Debtor, its estate, its creditors, and other parties-in-interest; and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice is necessary; and upon the record of this chapter 11 case; and after due deliberation thereon; and good cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is hereby GRANTED.

2. The Debtor is authorized to employ SSG Capital Advisors, L.P. ("SSG") as substitute investment banker and financial advisor for the Debtor from and as of December 14, 2001, pursuant to and in accordance with the terms and conditions of Engagement Agreement (as defined in the Application).

3. SSG shall be compensated from the Debtor's estate pursuant to and in accordance with the terms and conditions of Retention Order (as defined in the Application).

Dated: _____, 2002
      Wilmington, Delaware

                                                        The Honorable Mary F. Walrath
                                                        United State Bankruptcy Court Judge